## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | | |
|---|---|---|---|
| In Re: | **Chadrus Lequardra Brown**<br>777 Underwood Drive<br>P.O. Box 668<br>Trion, GA 30753<br><br>**66–6044649** | )<br>)<br>)<br>)<br>)<br>) | Case No.: **19–65022–jwc**<br>Chapter:  **7** |

Debtor(s)

## ORDER VACATING ORDER

On November 21, 2019, the Clerk issued an order entitled Order Dismissing Ch. 7 Case – Failure to Appear at Meeting of Creditors in error. Accordingly, it is hereby

ORDERED that the Order Dismissing Ch. 7 Case – Failure to Appear at Meeting of Creditors entered November 21, 2019 is hereby ***VACATED*** in its entirety.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON November 21, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: November 21, 2019

Form orvacor –11/2016